

**ORDERED in the Southern District of Florida on June 30, 2014.**

*[Signature]*

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No.: 14-23589-BKC-LMI |
| SOUTH FLORIDA MULTISPECIALTY ASSOCIATES, LLC, | Chapter 11 |
| Debtor. | |
| _____/ | |

**INTERIM ORDER (I) AUTHORIZING THE DEBTOR (A) TO USE CASH COLLATERAL ON AN INTERIM BASIS PURSUANT TO 11 U.S.C. § 363, AND (B) TO GRANT ADEQUATE PROTECTION IN CONNECTION THEREWITH PURSUANT TO 11 U.S.C. §§ 361, AND 363, AND <u>(II) SCHEDULING A FINAL HEARING UNDER BANKRUPTCY RULE 4001</u>**

This matter came before the Court for hearing on June 17, 2014 at 2:30 p.m. (the "Hearing"), upon the Debtor's Emergency Motion for Order Authorizing the Debtor (A) to Use Cash Collateral on an Interim Basis Pursuant to 11 U.S.C. § 363, and (B) to Grant Adequate Protection in Connection Therewith Pursuant to 11 U.S.C. § 361, and 363, and (II) Scheduling a Final Hearing Under Bankruptcy Rule 4001 [ECF No. 2] (the "Motion")[1] seeking the entry of

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

interim and final orders under sections 105, 361, 362, and 363 of the Bankruptcy Code, Bankruptcy Rule 4001, Local Rule 4001-2 and this Court's Guidelines, authorizing the use of cash collateral, granting adequate protection, and scheduling an emergency hearing and final hearing in connection therewith, as more fully set forth in the Motion; and a hearing on the Motion having been held; and notice of the Motion having been given as set forth in the Motion; and it appearing from the record before the Court and after due deliberation, as reflected on the record at the Hearing, that the parties have reached agreement with respect to the Objection [ECF No. 23] filed by Regent Bank with respect to the interim use of cash collateral,[1] and that no other party in interest has objected to the relief requested, and finding that sufficient cause exists for the entry of this Interim Order, the Court makes the following findings and enters its Interim Order, all as set forth below;

**THE COURT HEREBY MAKES THE FOLLOWING FINDINGS:**

A. Commencement of the Cases. On June 12, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

B. Jurisdiction and Venue. This Court has subject matter jurisdiction over these cases pursuant to 28 U.S.C. §§ 157(b) and 1334. This Motion is a core matter under 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

C. Notice. The Debtor provided good and adequate notice of the hearing to consider granting the Debtor interim authority to use cash collateral. The requisite notice of the Motion and the relief requested thereby and of this Interim Order satisfies Bankruptcy Rule 4001(b), and no other notice need be provided for entry of this Interim Order.

D. Prepetition Indebtedness to the Lender and Security Therefor. Regent Bank holds a security interest in the personal property of the Debtor, including cash collateral. Regent Bank

---

[1] .

holds this position by virtue of its loan documents. As of the Petition Date, the Debtor asserts that Regent Bank is owed $5,323,937.92. Regent Bank asserts that it is owed more than the foregoing number, and the Court makes no final ruling as to the actual indebtedness owed to Regent Bank.

E. Prepetition Indebtedness to Fora Financial Advance, LLC ("Fora"). Fora holds a security interest in the accounts receivable of the Debtor including cash collateral. Fora holds this position by virtue of its loan documents. As of the Petition Date, Fora is owed $275,130.80.

F. Prepetition Indebtedness to Steven Wenger, as Personal Representative of the Estate of Karen Wenger (the "Judgment Creditor"). The Judgment Creditor claims an interest in the funds held in the Debtor's bank accounts by virtue of the service of Writs of Garnishment upon Regent Bank and Citibank on or about June 10, 2014. As stated on the record at the Hearing, the Judgment Creditor has agreed to dissolve its Writs of Garnishment and does not otherwise oppose the interim relief granted herein.

G. Property of the Estates. The cash collateral constitutes property of the Debtor's estate.

H. Cause. Pursuant to Bankruptcy Rule 4001(b)(2), the Debtor requested the immediate entry of this Interim Order. The entry of this Interim Order will avoid immediate and irreparable harm to the Debtor's estate, and is in the best interest of the Debtor and its creditors. Furthermore, the Court finds that there is a reasonable likelihood that the Debtor will prevail at the final hearing of the Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.	The Motion is granted as set forth in this Interim Order. Any objections to the Motion that have not been withdrawn, waived, or settled are hereby denied and overruled. This Interim Order shall become effective immediately upon its entry.

2.	The Debtor is authorized to use cash collateral to fund the ongoing operations itemized on the budget attached hereto as Exhibit "A" for the period commencing today and ending at: (i) the end of the business day on which the final hearing on the Motion is scheduled (which is set forth at the end of this Interim Order); (ii) the date on which this Interim Order is stayed or of no further force and effect; or (iii) the date on which the Court determines the Debtor are in material breach of the provisions of this Interim Order.

3.	In connection with the Debtor's proposed use of cash collateral and in order to provide the Lender, Fora and the Judgment Creditor as defined in the Motion with adequate protection for the aggregate diminution of the cash collateral and the collateral resulting from the Debtors' use thereof (the "Diminution"), the Lender and Fora shall each have, nunc pro tunc as of the commencement of these chapter 11 cases, a replacement lien pursuant to 11 U.S.C. §361(2) on and in all property of the Debtor acquired or generated after the Petition Date, but solely to the same extent and priority, and of the same kind and nature, as the property of the Debtor securing the prepetition obligations to the Lender and Fora (the "Replacement Lien"), which Replacement Lien shall secure solely the Diminution.

4.	The Replacement Liens granted to the Lender and Fora pursuant to the terms of this Interim Order shall be at all times subject and junior to all unpaid fees due to the Office of the United States Trustee pursuant to 28 U.S.C. § 1930 and all unpaid fees required to be paid to the Clerk of the Bankruptcy Court (collectively, the "Carve Out").

5. For avoidance of doubt, neither the Lender nor Fora shall have or be granted a Replacement Lien on or against any claims or causes of action arising under sections 542 through 550 of the Bankruptcy Code (the "Avoidance Actions") or on or against the proceeds of the Avoidance Actions.

6. Such Replacement Liens shall survive termination or expiration of this Interim Order, and no filing, recordation or other act is necessary to grant or perfect such liens.

7. In addition to its Replacement Lien, and as additional adequate protection for interim use of cash collateral, (i) the Debtor shall provide Regent Bank with read-only access to its accounts at Citibank no later than three (3) business days from the entry of this Order; (ii) the Debtor shall open debtor-in-possession accounts (collectively, the "DIP Accounts") with Regent Bank, from which funds from the Debtor's account at Citibank will be swept in accordance with this Court's separate directive on the Debtor's continued use of its bank accounts in response to ECF No. 25; and (iii) the Debtor shall, subject to a mutually acceptable confidentiality agreement, within seven (7) days of this order, provide to Regent Bank without the need for any further notice or request six (6) months of bank records for accounts in the name of Doctors Alliance Group Corp., and an additional six (6) months of such bank records upon receipt by the Debtor pursuant to the Debtor's request of same made on or before June 24, 2014.

8. The Debtors shall, within three (3) business days after the entry of this Interim Order, serve by U.S. mail, a copy of this Interim Order upon: (i) parties having been given notice of the hearing on the motion for interim use of cash collateral; (ii) any other party that has filed a request for special notice with this Court and served such request upon the Debtors' counsel; (iii) counsel to Regent Bank, Fora Financial Advance, LLC and Steven Wenger, as Personal Representative of the Estate of Karen Wenger; (iv) counsel for any official committee; and (v)

the Office of the United States Trustee. The notice of the entry of this Interim Order shall state that any party in interest objecting to the entry of a Final Order on the Motion shall file written objections with the United States Bankruptcy Court Clerk for the Southern District of Florida no later than two (2) calendar days before the final hearing on the Motion.

9. Nothing in this Interim Order shall constitute an adjudication of the validity, priority or extent of the liens, or the amount of any claim, and all rights, claims and defenses with respect thereto are expressly preserved for the Debtors and any official committee that may be appointed in these chapter 11 cases.

10. No Novation. This Order shall not cause a novation of any of Regent Bank's secured documentation.

11. Regent Bank Not Deemed Owner or Operator. Solely by agreeing to the use of cash collateral by the Debtor, Regent Bank shall not be deemed to have assumed any liability to any third person, and shall not be deemed in control of the operations of the Debtor or to be acting as a "responsible person" or "owner or operator" with respect to the operation or management of the Debtor or its assets.

12. Non-Waiver of Rights and Remedies. This Order is not intended to and shall not prejudice, alter, affect or waive any rights and/or remedies of the Debtor or Regent Bank under the Bankruptcy Code or applicable non-bankruptcy law (including, but not limited to, all matters pertaining to cash and other collateral) and does not bind any subsequently appointed trustee or committee. The Debtor's use of Cash Collateral shall in no way affect any rights Regent Bank has under 11 U.S.C. §§ 361, 362, 363 and 503(b)(1). Regent Bank's agreement to the interim use of Cash Collateral shall not be deemed a waiver of Regent Bank's rights to seek dismissal of this case pursuant to 11 U.S.C. § 1112 as a bad faith filing or for any other reason, or be deemed

consent and/or agreement that the case was filed in good faith.  Regent Bank's agreement as to this interim order does not constitute a waiver of Regent Bank's right to object to the further use of cash collateral.

13. This Interim Order constitutes findings of fact and conclusions of law and shall take effect and be fully enforceable nunc pro tunc to the Petition Date upon the entry thereof.

14. To the extent that any provision of this Interim Order conflicts with any provision of the Motion, this Interim Order shall control.

15. A final hearing is set for July 9, 2014 at 1:30 p.m., United States Bankruptcy Court, Claude Pepper Federal Building, 51 S.W. First Ave, Courtroom 1409  Miami, Florida 33130.

###

Submitted by:
Leyza F. Blanco, Esq.

Copies furnished to:
Leyza F. Blanco, Esq.
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, FL 33131
Leyza.Blanco@gray-robinson.com
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887

*(Attorney Blanco is directed to serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*

## South Florida Multispecialty Associates, LLC
## 12 Months Budget

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | |
| **a) Fees Earned** | | | | | | | | | | | | | |
| Cardiology Fees | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 5,063,811.60 |
| Total a) Fees Earned | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 5,063,811.60 |
| **Total Income** | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 5,063,811.60 |
| **Gross Profit** | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 421,984.30 | 5,063,811.60 |
| **Expense** | | | | | | | | | | | | | |
| Alarm Services | 21.40 | 21.40 | 21.40 | 21.40 | 21.40 | 21.40 | 21.40 | 21.40 | 21.40 | 21.40 | 21.40 | 21.40 | 256.80 |
| **Automobile** | | | | | | | | | | | | | |
| Gas & Toll & Meter Allowance | 39.63 | 39.63 | 39.63 | 39.63 | 39.63 | 39.63 | 39.63 | 39.63 | 39.63 | 39.63 | 39.63 | 39.63 | 475.61 |
| Repairs | 982.64 | 982.64 | 982.64 | 982.64 | 982.64 | 982.64 | 982.64 | 982.64 | 982.64 | 982.64 | 982.64 | 982.64 | 11,791.73 |
| **Total Automobile** | 1,022.28 | 1,022.28 | 1,022.28 | 1,022.28 | 1,022.28 | 1,022.28 | 1,022.28 | 1,022.28 | 1,022.28 | 1,022.28 | 1,022.28 | 1,022.28 | 12,267.34 |
| **Bank Fees** | | | | | | | | | | | | | |
| Acct Service Charges | 118.57 | 118.57 | 118.57 | 118.57 | 118.57 | 118.57 | 118.57 | 118.57 | 118.57 | 118.57 | 118.57 | 118.57 | 1,422.84 |
| CC Finance Charges | 97.70 | 97.70 | 97.70 | 97.70 | 97.70 | 97.70 | 97.70 | 97.70 | 97.70 | 97.70 | 97.70 | 97.70 | 1,172.38 |
| Overdraft Charge | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wire Transfer | 118.00 | 118.00 | 118.00 | 118.00 | 118.00 | 118.00 | 118.00 | 118.00 | 118.00 | 118.00 | 118.00 | 118.00 | 1,416.00 |
| **Total Bank Fees** | 334.27 | 334.27 | 334.27 | 334.27 | 334.27 | 334.27 | 334.27 | 334.27 | 334.27 | 334.27 | 334.27 | 334.27 | 4,011.22 |
| **Cleaning** | | | | | | | | | | | | | |
| Medical Waste Disposal | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 101.00 | 1,212.00 |
| Cleaning - Other | 1,609.80 | 1,609.80 | 1,609.80 | 1,609.80 | 1,609.80 | 1,609.80 | 1,609.80 | 1,609.80 | 1,609.80 | 1,609.80 | 1,609.80 | 1,609.80 | 19,317.60 |
| **Total Cleaning** | 1,710.80 | 1,710.80 | 1,710.80 | 1,710.80 | 1,710.80 | 1,710.80 | 1,710.80 | 1,710.80 | 1,710.80 | 1,710.80 | 1,710.80 | 1,710.80 | 20,529.60 |
| **Communication** | | | | | | | | | | | | | |
| Answering Service | 352.31 | 352.31 | 352.31 | 352.31 | 352.31 | 352.31 | 352.31 | 352.31 | 352.31 | 352.31 | 352.31 | 352.31 | 4,227.74 |
| Cable TV Company | 27.35 | 27.35 | 27.35 | 27.35 | 27.35 | 27.35 | 27.35 | 27.35 | 27.35 | 27.35 | 27.35 | 27.35 | 328.15 |
| Cellular | 323.31 | 323.31 | 323.31 | 323.31 | 323.31 | 323.31 | 323.31 | 323.31 | 323.31 | 323.31 | 323.31 | 323.31 | 3,879.67 |
| Leasing | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 19,200.00 |
| T1 - Router/VPN Port/Local Loop | 6,006.94 | 6,006.94 | 6,006.94 | 6,006.94 | 6,006.94 | 6,006.94 | 6,006.94 | 6,006.94 | 6,006.94 | 6,006.94 | 6,006.94 | 6,006.94 | 72,083.33 |
| **Total Communication** | 8,309.91 | 8,309.91 | 8,309.91 | 8,309.91 | 8,309.91 | 8,309.91 | 8,309.91 | 8,309.91 | 8,309.91 | 8,309.91 | 8,309.91 | 8,309.91 | 99,718.90 |
| **Computer** | | | | | | | | | | | | | |
| Application Support | 965.16 | 965.16 | 965.16 | 965.16 | 965.16 | 965.16 | 965.16 | 965.16 | 965.16 | 965.16 | 965.16 | 965.16 | 11,581.90 |

South Florida Multispecialty Associates, LLC
12 Months Budget

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Software License | 26.75 | 26.75 | 26.75 | 26.75 | 26.75 | 26.75 | 26.75 | 26.75 | 26.75 | 26.75 | 26.75 | 26.75 | 320.95 |
| Software Maintenance | 2,992.68 | 2,992.68 | 2,992.68 | 2,992.68 | 2,992.68 | 2,992.68 | 2,992.68 | 2,992.68 | 2,992.68 | 2,992.68 | 2,992.68 | 2,992.68 | 35,912.18 |
| **Total Computer** | 3,984.59 | 3,984.59 | 3,984.59 | 3,984.59 | 3,984.59 | 3,984.59 | 3,984.59 | 3,984.59 | 3,984.59 | 3,984.59 | 3,984.59 | 3,984.59 | 47,815.03 |
| Consultation | 5,233.60 | 5,233.60 | 5,233.60 | 5,233.60 | 5,233.60 | 5,233.60 | 5,233.60 | 5,233.60 | 5,233.60 | 5,233.60 | 5,233.60 | 5,233.60 | 62,803.20 |
| Distribution to Partners | | | | | | | | | | | | | |
| SFMSA PL 0001 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 150,000.00 |
| SFMSA PL 0004 | 16,666.67 | 16,666.67 | 16,666.67 | 16,666.67 | 16,666.67 | 16,666.67 | 16,666.67 | 16,666.67 | 16,666.67 | 16,666.67 | 16,666.67 | 16,666.67 | 200,000.00 |
| SFMSA PL 0005 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 150,000.00 |
| SFMSA PL 0007 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 150,000.00 |
| SFMSA PL 0008 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 150,000.00 |
| SFMSA PL 0011 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | 150,000.00 |
| **Total Distribution to Partners** | 79,166.67 | 79,166.67 | 79,166.67 | 79,166.67 | 79,166.67 | 79,166.67 | 79,166.67 | 79,166.67 | 79,166.67 | 79,166.67 | 79,166.67 | 79,166.67 | 950,000.00 |
| Dues/Subscr./Public Relations | | | | | | | | | | | | | |
| Membership Dues | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 1,440.00 |
| Permits and Licenses | 455.12 | 455.12 | 455.12 | 455.12 | 455.12 | 455.12 | 455.12 | 455.12 | 455.12 | 455.12 | 455.12 | 455.12 | 5,461.46 |
| Dues/Subscr./Public Relations - Other | 854.70 | 854.70 | 854.70 | 854.70 | 854.70 | 854.70 | 854.70 | 854.70 | 854.70 | 854.70 | 854.70 | 854.70 | 10,256.40 |
| **Total Dues/Subscr./Public Relations** | 1,429.82 | 1,429.82 | 1,429.82 | 1,429.82 | 1,429.82 | 1,429.82 | 1,429.82 | 1,429.82 | 1,429.82 | 1,429.82 | 1,429.82 | 1,429.82 | 17,157.86 |
| Equipment Lease | 434.29 | 434.29 | 434.29 | 434.29 | 434.29 | 434.29 | 434.29 | 434.29 | 434.29 | 434.29 | 434.29 | 434.29 | 5,211.48 |
| Equipment Maintenance | 2,647.24 | 2,647.24 | 2,647.24 | 2,647.24 | 2,647.24 | 2,647.24 | 2,647.24 | 2,647.24 | 2,647.24 | 2,647.24 | 2,647.24 | 2,647.24 | 31,766.93 |
| Equipment Rental | | | | | | | | | | | | | |
| HD 15000 Ultrasound | 2,795.48 | 2,795.48 | 2,795.48 | 2,795.48 | 2,795.48 | 2,795.48 | 2,795.48 | 2,795.48 | 2,795.48 | 2,795.48 | 2,795.48 | 2,795.48 | 33,545.76 |
| Equipment Rental - Other | 5,016.86 | 5,016.86 | 5,016.86 | 5,016.86 | 5,016.86 | 5,016.86 | 5,016.86 | 5,016.86 | 5,016.86 | 5,016.86 | 5,016.86 | 5,016.86 | 60,202.32 |
| **Total Equipment Rental** | 7,812.34 | 7,812.34 | 7,812.34 | 7,812.34 | 7,812.34 | 7,812.34 | 7,812.34 | 7,812.34 | 7,812.34 | 7,812.34 | 7,812.34 | 7,812.34 | 93,748.08 |
| Insurance | | | | | | | | | | | | | |
| Auto | 1,258.34 | 1,258.34 | 1,258.34 | 1,258.34 | 1,258.34 | 1,258.34 | 1,258.34 | 1,258.34 | 1,258.34 | 1,258.34 | 1,258.34 | 1,258.34 | 15,100.03 |
| Medical Insurance-Dr. Garami | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mal Practice Insurance | 18,333.33 | 18,333.33 | 18,333.33 | 18,333.33 | 18,333.33 | 18,333.33 | 18,333.33 | 18,333.33 | 18,333.33 | 18,333.33 | 18,333.33 | 18,333.37 | 220,000.00 |
| Operational Life Insurance | 337.76 | 337.76 | 337.76 | 337.76 | 337.76 | 337.76 | 337.76 | 337.76 | 337.76 | 337.76 | 337.76 | 337.76 | 4,053.14 |
| Property | 906.98 | 906.98 | 906.98 | 906.98 | 906.98 | 906.98 | 906.98 | 906.98 | 906.98 | 906.98 | 906.98 | 906.98 | 10,883.71 |
| Insurance - Other | 1,161.53 | 1,161.53 | 1,161.53 | 1,161.53 | 1,161.53 | 1,161.53 | 1,161.53 | 1,161.53 | 1,161.53 | 1,161.53 | 1,161.53 | 1,161.53 | 13,938.34 |
| **Total Insurance** | 21,997.93 | 21,997.93 | 21,997.93 | 21,997.93 | 21,997.93 | 21,997.93 | 21,997.93 | 21,997.93 | 21,997.93 | 21,997.93 | 21,997.93 | 21,997.97 | 263,975.22 |
| Interest - Loan | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 480,000.00 |
| Miscellaneous | 482.15 | 482.15 | 482.15 | 482.15 | 482.15 | 482.15 | 482.15 | 482.15 | 482.15 | 482.15 | 482.15 | 482.15 | 5,785.80 |
| Parking | 29.96 | 29.96 | 29.96 | 29.96 | 29.96 | 29.96 | 29.96 | 29.96 | 29.96 | 29.96 | 29.96 | 29.96 | 359.52 |

**South Florida Multispecialty Associates, LLC**
**12 Months Budget**

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Payroll** | | | | | | | | | | | | | |
| a) Salaries | 115,980.31 | 115,980.31 | 115,980.31 | 115,980.31 | 115,980.31 | 115,980.31 | 115,980.31 | 115,980.31 | 115,980.31 | 115,980.31 | 115,980.31 | 115,980.31 | 1,391,763.72 |
| c) Holiday | 1,530.62 | 1,530.62 | 1,530.62 | 1,530.62 | 1,530.62 | 1,530.62 | 1,530.62 | 1,530.62 | 1,530.62 | 1,530.62 | 1,530.62 | 1,530.62 | 18,367.49 |
| Contract Labor | | | | | | | | | | | | | |
| Juan Auza DDS, PA | 222.40 | 222.40 | 222.40 | 222.40 | 222.40 | 222.40 | 222.40 | 222.40 | 222.40 | 222.40 | 222.40 | 222.40 | 2,668.80 |
| Contract Labor - Other | 7,705.29 | 7,705.29 | 7,705.29 | 7,705.29 | 7,705.29 | 7,705.29 | 7,705.29 | 7,705.29 | 7,705.29 | 7,705.29 | 7,705.29 | 7,705.29 | 92,463.46 |
| Total Contract Labor | 7,927.69 | 7,927.69 | 7,927.69 | 7,927.69 | 7,927.69 | 7,927.69 | 7,927.69 | 7,927.69 | 7,927.69 | 7,927.69 | 7,927.69 | 7,927.69 | 95,132.26 |
| e) Vacation | 2,032.58 | 2,032.58 | 2,032.58 | 2,032.58 | 2,032.58 | 2,032.58 | 2,032.58 | 2,032.58 | 2,032.58 | 2,032.58 | 2,032.58 | 2,032.58 | 24,390.91 |
| **Total Payroll** | 127,471.20 | 127,471.20 | 127,471.20 | 127,471.20 | 127,471.20 | 127,471.20 | 127,471.20 | 127,471.20 | 127,471.20 | 127,471.20 | 127,471.20 | 127,471.20 | 1,529,654.38 |
| **Payroll Benefits** | | | | | | | | | | | | | |
| AllState EE Contributions | 23.04 | 23.04 | 23.04 | 23.04 | 23.04 | 23.04 | 23.04 | 23.04 | 23.04 | 23.04 | 23.04 | 23.04 | 276.48 |
| Dental Insurance | 1,080.15 | 1,080.15 | 1,080.15 | 1,080.15 | 1,080.15 | 1,080.15 | 1,080.15 | 1,080.15 | 1,080.15 | 1,080.15 | 1,080.15 | 1,080.15 | 12,961.75 |
| Health Insurance | 10,833.55 | 10,833.55 | 10,833.55 | 10,833.55 | 10,833.55 | 10,833.55 | 10,833.55 | 10,833.55 | 10,833.55 | 10,833.55 | 10,833.55 | 10,833.55 | 130,002.58 |
| Preferred Legal Plan | 35.82 | 35.82 | 35.82 | 35.82 | 35.82 | 35.82 | 35.82 | 35.82 | 35.82 | 35.82 | 35.82 | 35.82 | 429.84 |
| Workman's Compens.Insurance | 1,080.60 | 1,080.60 | 1,080.60 | 1,080.60 | 1,080.60 | 1,080.60 | 1,080.60 | 1,080.60 | 1,080.60 | 1,080.60 | 1,080.60 | 1,080.60 | 12,967.20 |
| **Total Payroll Benefits** | 13,053.15 | 13,053.15 | 13,053.15 | 13,053.15 | 13,053.15 | 13,053.15 | 13,053.15 | 13,053.15 | 13,053.15 | 13,053.15 | 13,053.15 | 13,053.15 | 156,637.85 |
| **Payroll Charges** | | | | | | | | | | | | | |
| Miscellaneous | 1,453.06 | 1,453.06 | 1,453.06 | 1,453.06 | 1,453.06 | 1,453.06 | 1,453.06 | 1,453.06 | 1,453.06 | 1,453.06 | 1,453.06 | 1,453.06 | 17,436.72 |
| Recruting and Related Exp | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | 78.00 | 936.00 |
| Service Charges | 257.85 | 257.85 | 257.85 | 257.85 | 257.85 | 257.85 | 257.85 | 257.85 | 257.85 | 257.85 | 257.85 | 257.85 | 3,094.20 |
| Taxes | 1,677.00 | 1,677.00 | 1,677.00 | 1,677.00 | 1,677.00 | 1,677.00 | 1,677.00 | 1,677.00 | 1,677.00 | 1,677.00 | 1,677.00 | 1,677.00 | 20,124.00 |
| Taxes-OASDI/Medicare | 8,964.91 | 8,964.91 | 8,964.91 | 8,964.91 | 8,964.91 | 8,964.91 | 8,964.91 | 8,964.91 | 8,964.91 | 8,964.91 | 8,964.91 | 8,964.91 | 107,578.92 |
| Taxes-Unemployment | 2,865.96 | 2,865.96 | 2,865.96 | 2,865.96 | 2,865.96 | 2,865.96 | 2,865.96 | 2,865.96 | 2,865.96 | 2,865.96 | 2,865.96 | 2,865.96 | 34,391.52 |
| **Total Payroll Charges** | 15,296.78 | 15,296.78 | 15,296.78 | 15,296.78 | 15,296.78 | 15,296.78 | 15,296.78 | 15,296.78 | 15,296.78 | 15,296.78 | 15,296.78 | 15,296.78 | 183,561.36 |
| Penalty Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Postage and Delivery** | | | | | | | | | | | | | |
| FedEx/DHL | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 1.05 | 12.60 |
| USPS 'Caller' Service Box#24840 | 121.80 | 121.80 | 121.80 | 121.80 | 121.80 | 121.80 | 121.80 | 121.80 | 121.80 | 121.80 | 121.80 | 121.80 | 1,461.60 |
| USPS BMU | 53.20 | 53.20 | 53.20 | 53.20 | 53.20 | 53.20 | 53.20 | 53.20 | 53.20 | 53.20 | 53.20 | 53.20 | 638.38 |
| Postage and Delivery - Other | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 5,400.00 |
| **Total Postage and Delivery** | 626.05 | 626.05 | 626.05 | 626.05 | 626.05 | 626.05 | 626.05 | 626.05 | 626.05 | 626.05 | 626.05 | 626.05 | 7,512.58 |
| **Professional Services** | | | | | | | | | | | | | |
| Architect | | | | | | | | | | | | | |
| Dorsky Yue International LLC | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 1,629.79 |

South Florida Multispecialty Associates, LLC
12 Months Budget

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Architect** | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 135.82 | 1,629.79 |
| Consulting | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 1,800.00 |
| Legal Fees | | | | | | | | | | | | | |
| Renier Cruz, PA | 7,800.00 | 7,800.00 | 7,800.00 | 7,800.00 | 7,800.00 | 7,800.00 | 7,800.00 | 7,800.00 | 7,800.00 | 7,800.00 | 7,800.00 | 7,800.00 | 93,600.00 |
| Ricardo Santander, P.A. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees - Other | 8,340.79 | 8,340.79 | 8,340.79 | 8,340.79 | 8,340.79 | 8,340.79 | 8,340.79 | 8,340.79 | 8,340.79 | 8,340.79 | 8,340.79 | 8,340.79 | 100,089.48 |
| **Total Legal Fees** | 16,140.79 | 16,140.79 | 16,140.79 | 16,140.79 | 16,140.79 | 16,140.79 | 16,140.79 | 16,140.79 | 16,140.79 | 16,140.79 | 16,140.79 | 16,140.79 | 193,689.48 |
| Legal Settlement/Proceeds | | | | | | | | | | | | | |
| Settlement Cost | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Legal Settlement/Proceeds** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Medical Records | -36.75 | -36.75 | -36.75 | -36.75 | -36.75 | -36.75 | -36.75 | -36.75 | -36.75 | -36.75 | -36.75 | -36.75 | -441.00 |
| **Total Professional Services** | 16,389.86 | 16,389.86 | 16,389.86 | 16,389.86 | 16,389.86 | 16,389.86 | 16,389.86 | 16,389.86 | 16,389.86 | 16,389.86 | 16,389.86 | 16,389.86 | 196,678.27 |
| Rent | | | | | | | | | | | | | |
| Aventura Office | | | | | | | | | | | | | |
| Suite 202 - 20803 Biscayne Blvd | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 319,861.68 |
| **Total Aventura Office** | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 26,655.14 | 319,861.68 |
| Miami Beach Office | | | | | | | | | | | | | |
| Suite 103 - 400 41 St | 9,614.83 | 9,614.83 | 9,614.83 | 9,614.83 | 9,614.83 | 9,614.83 | 9,614.83 | 9,614.83 | 9,614.83 | 9,614.83 | 9,614.83 | 9,614.83 | 115,377.96 |
| Suite 402 - 400 41 St | 9,844.00 | 9,844.00 | 9,844.00 | 9,844.00 | 9,844.00 | 9,844.00 | 9,844.00 | 9,844.00 | 9,844.00 | 9,844.00 | 9,844.00 | 9,844.00 | 118,128.00 |
| **Total Miami Beach Office** | 19,458.83 | 19,458.83 | 19,458.83 | 19,458.83 | 19,458.83 | 19,458.83 | 19,458.83 | 19,458.83 | 19,458.83 | 19,458.83 | 19,458.83 | 19,458.83 | 233,505.96 |
| **Total Rent** | 46,113.97 | 46,113.97 | 46,113.97 | 46,113.97 | 46,113.97 | 46,113.97 | 46,113.97 | 46,113.97 | 46,113.97 | 46,113.97 | 46,113.97 | 46,113.97 | 553,367.64 |
| Repairs | | | | | | | | | | | | | |
| Equipment | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 4,608.60 |
| **Total Repairs** | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 384.05 | 4,608.60 |
| Storage | | | | | | | | | | | | | |
| Self - Cook Investment, I LLC | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 14,425.63 |
| **Total Storage** | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 1,202.14 | 14,425.63 |
| Subcontract | | | | | | | | | | | | | |
| Laboratory Fees | | | | | | | | | | | | | |
| Quest Diagnostic Inc. | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 4,136.86 |

South Florida Multispecialty Associates, LLC
12 Months Budget

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Laboratory Fees** | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 4,136.86 |
| **Total Subcontract** | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 344.74 | 4,136.86 |
| **Subcontract-Doctors** | | | | | | | | | | | | | |
| Linda Filenbaum | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 10,317.60 |
| **Total Subcontract-Doctors** | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 859.80 | 10,317.60 |
| **Supplies** | | | | | | | | | | | | | |
| Medical | 2,003.01 | 2,003.01 | 2,003.01 | 2,003.01 | 2,003.01 | 2,003.01 | 2,003.01 | 2,003.01 | 2,003.01 | 2,003.01 | 2,003.01 | 2,003.01 | 24,036.10 |
| Office | 574.97 | 574.97 | 574.97 | 574.97 | 574.97 | 574.97 | 574.97 | 574.97 | 574.97 | 574.97 | 574.97 | 574.97 | 6,899.69 |
| Printing and Reproduction | 216.66 | 216.66 | 216.66 | 216.66 | 216.66 | 216.66 | 216.66 | 216.66 | 216.66 | 216.66 | 216.66 | 216.66 | 2,599.97 |
| RxDrugs | 712.92 | 712.92 | 712.92 | 712.92 | 712.92 | 712.92 | 712.92 | 712.92 | 712.92 | 712.92 | 712.92 | 712.92 | 8,555.06 |
| **Total Supplies** | 3,507.57 | 3,507.57 | 3,507.57 | 3,507.57 | 3,507.57 | 3,507.57 | 3,507.57 | 3,507.57 | 3,507.57 | 3,507.57 | 3,507.57 | 3,507.57 | 42,090.82 |
| **Travel & Entertainment** | | | | | | | | | | | | | |
| Meals | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 212.18 |
| **Total Travel & Entertainment** | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 17.68 | 212.18 |
| **Utilities** | | | | | | | | | | | | | |
| Gas and Electric | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 9,148.01 |
| **Total Utilities** | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 762.33 | 9,148.01 |
| **Total Expense** | 400,646.56 | 400,646.56 | 400,646.56 | 400,646.56 | 400,646.56 | 400,646.56 | 400,646.56 | 400,646.56 | 400,646.56 | 400,646.56 | 400,646.56 | 400,646.60 | 4,807,758.74 |
| **Net Ordinary Income** | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.70 | 256,052.86 |
| **Other Income/Expense** | | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | | |
| Gain/Loss on Sale | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Net Income** | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.74 | 21,337.70 | 256,052.86 |